**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Emanuel Franchez Waller

_____

_____

CV. 23-2011 (MCA)(CLW)

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
additional sheets of paper as necessary.

Plaintiff    Name    Emanuel F. Waller

Street Address    90 Willow St

County, City    Bloomfield

State & Zip Code    New Jersey  07003

Telephone Number    937-250-4718 / 201-563-0086

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  *New Jersey*

Defendant(s) state(s) of citizenship  *n/A*

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  *New Jerse / OHiO*

B.    What date and approximate time did the events giving rise to your claim(s) occur?  *2017 Ect.*

---

**What happened to you?**

C.    Facts:  *I was forced out of Residents because of Someone who used my Idenity in 2017 In the State of Ohio*

---

**Who did what?**

*I have no idea But 47 GRAMONT Ave dayton ohio 45417 is from the State of new Jeesey.*

---

**Was anyone else involved?**

*I don't Know how MANY People but After I was forced out of the Residence I moved to 33 ERNSTAve Dayton ohio 45405 And was forced to move And that's where Someone used my Idenity After I was forced to move in 2000 Around MARCH or April*

---

**Who else saw what happened?**

*Elizabeth christine moeman Scott She lived with me in Every Residence /She lived in dayton ohio yeaes before we met in 2019*

- 3 -

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name Danette L. Slevinski / chief Compl. officer
                       Street Address University Hospital
                       County, City Newark
                       State & Zip Code New Jersey

Defendant No. 2        Name Brian Pinson
                       Street Address 5728 Westcreek Dr.
                       County, City Dayton
                       State & Zip Code Ohio 45426

Defendant No. 3        Name Keyon nichols
                       Street Address 724 Crestmore Ave
                       County, City Dayton
                       State & Zip Code Ohio 45402

Defendant No. 4        Name Carolyn Morman
                       Street Address 224 westdale ct
                       County, City Dayton
                       State & Zip Code Ohio 45402

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions              ☐ Diversity of Citizenship

☒ U.S. Government Plaintiff       ☐ U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? I never Recieved Any mail — And the University 10 hospital issue is After my Identy WAS Sold from the hospital my identty WAS Used RApitly

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I won A SweepStakes for life In dayton ohio HollyWood GAMING CASINO in the YEAR 2020 After the last month of 2020 I stopped Recieving mail And my SSN Red Flagged in ebery Address I Recieved mail. I Last my Vehicle in troy ohio And it WAS Stolen out of EARL's towing Shop And Recouered in 2022 in FRANKLIN county AND I WAS told it WAS on hold in Sandy's towing Shop Both Places Are in dAyton, OH.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANt Justice

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10th_ day of _April_ _____, 20 _23_.

Signature of Plaintiff _Emanuel B. Waller_

Mailing Address _90 Willow St_

_Bloomfield N.J. 07003_

Telephone Number _937-250-4718 / 201-563-0086_

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Emanuel B. Waller_